# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Keith Dewayne Martin,

Vs. No. 11-13-00274-CR

The State of Texas,

\* From the 35th District
   Court of Brown County,
   Trial Court No. CR21898.

\* October 31, 2013

\* Per Curiam Memorandum Opinion
   (Panel consists of: Wright, C.J.,
   McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.